IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON LAMONT STRIBLING,**<br><br>          Plaintiff,<br><br>     v.<br><br>**LEWIS,**<br><br>          Defendant. | Case No. 2:17-cv-02009-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, Defendant's First Request for an Extension of Time is GRANTED. Defendants are relieved of their obligation to respond to Plaintiff's complaint until after the Court rules on the Motion for an Order Revoking Plaintiff's *In Forma Pauperis* Status and/or Plaintiff pays the filing fee. Defendants shall respond to the complaint within thirty days of either the denial of the motion or Plaintiff's payment of the full filing fee.

Dated: January 30, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:17-cv-02009-EFB (PC))