IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON LAMONT STRIBLING,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**LEWIS,**<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02009-KJM-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING,

IT IS ORDERED that Defendant's Motion for Protective Order is GRANTED.

IT IS FURTHER ORDERED that all discovery in this matter, including discovery that has already been propounded, except that pertaining to the subject of exhaustion, be stayed until the Court rules on Defendant's motion for summary judgment.

IT IS FURTHER ORDERED that any discovery and scheduling orders are vacated until the Court rules on Defendant's motion for summary judgment. At which time, the Court will issue a new discovery and scheduling order, if necessary.

Dated: November 28, 2018.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE